KENDALL et al. v. EWERT. (Circuit Court of Appeals, Eighth Circuit. March 1, 1920.) No. 5315. Appeal from the District Court of the United States for the Eastern District of Oklahoma. Hiram W. Currey, of Joplin, Mo., and Arthur S. Thompson, of Miami, Okl., for appellants. Paul A. Ewert, of Joplin, Mo., pro se.

PER CURIAM. Appeal dismissed, with costs, on motion of appellee.

---

McMASTERS v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 17, 1920.) No. 5552. In Error to the District Court of the United States for the District of North Dakota. William H. Barnett and Seth W. Richardson, both of Fargo, N. D., for plaintiff in error. Melvin A. Hildreth, U. S. Atty., of Fargo, N. D.

PER CURIAM. Cause docketed, and writ of error dismissed, without costs to either party in this court, per stipulation of parties.

---

MERCANTILE TRUST CO. v. CHILTON. (Circuit Court of Appeals, Eighth Circuit. January 14, 1920.) No. 5493. Appeal from the District Court of the United States for the Eastern District of Missouri. Thomas S. McPheeters, F. N. Judson, and John F. Green, all of St. Louis, Mo., for appellant. Jacob M. Lashly, Robert A. Holland, Jr., and Thomas G. Rutledge, all of St. Louis, Mo., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellant, per stipulation of parties, etc.

---

THE ONTARIO. THE MELBOURN P. SMITH. (Circuit Court of Appeals, Fourth Circuit. January 12, 1920.) No. 1743. Appeal from the District Court of the United States for the Eastern District of Virginia, at Norfolk: Edmund Waddill, Jr., Judge. Suit in admiralty for collision by R. J. Leseman, master of the schooner Melbourn P. Smith, against the steamship Ontario, with cross-libel. Decree for libelant, and claimant appeals. Affirmed on opinion below. 256 Fed. 45. R. M. Hughes, Jr., and Hughes, Little & Seawell, all of Norfolk, Va., for appellant. Edward R. Baird, Jr., and Baird & White, all of Norfolk, Va., and McFarland, Taylor & Costello, of New York City, for appellee. Before PRITCHARD and WOODS, Circuit Judges, and WATKINS, District Judge.

PER CURIAM. Careful consideration of the record and arguments leads to the conclusion that the District Court was right, both in findings of fact and application of the law. Nothing of value can be added to the opinion of the District Judge. Affirmed.

---

PUBLIC NAT. BANK OF NEW YORK v. CHILTON. (Circuit Court of Appeals, Eighth Circuit. January 14, 1920.) No. 5492. Appeal from the District Court of the United States for the Eastern District of Missouri. Thomas S. McPheeters, F. N. Judson, and John F. Green, all of St. Louis, Mo., for appellant. Jacob M. Lashly, Robert A. Holland, Jr., and Thomas G. Rutledge, all of St. Louis, Mo., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellant, per stipulation of parties, etc.

---

SILVER KING COALITION MINES CO. v. KEYSTONE MINING CO. (Circuit Court of Appeals, Eighth Circuit. January 9, 1920.) No. 5325. Appeal from the District Court of the United States for the District of Utah. W. H. Dickson, A. C. Ellis, Jr., R. G. Lucas, and Thomas Marioneaux, all of Salt Lake City, Utah, for appellant. Edward B. Critchlow, William J. Barrette, and William W. Ray, all of Salt Lake City, Utah, for appellee.

PER CURIAM. Appeal dismissed, with costs, on motion of appellant and consent of appellee.